## (February 29, 1960)

■ In the Matter of LOUBOR RESTAURANT, INC., Petitioner, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed and the petition dismissed, with

$20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.